# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LEE MOODY, | CASE NO. 1:09-cv-01502-SMS PC |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE AS A REGULAR CIVIL ACTION, AND ASSIGN A DISTRICT JUDGE |
| v. | |
| OFFICER GLEN GRAVES, et al., | |
| Defendants. | |
| _____/ | |

On August 17, 2009, Plaintiff Ronnie Lee Moody filed the complaint upon which this action proceeds in the United States District Court for the Northern District of California. The case was transferred to this court by order filed August 25, 2009, and incorrectly designated as involving a prisoner litigating the conditions of his confinement at a California state prison. Upon further review of the Court, it has been determined that the present action does not involve state prison conditions of confinement.

Therefore, the Clerk of the Court is DIRECTED to change the designation of the present case to reflect that of a regular civil rights action, and to assign a United States District Judge to the action.

IT IS SO ORDERED.

Dated:    **August 27, 2009**                    **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE