# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LEE MOODY,<br><br>             Plaintiff,<br><br>    v.<br><br>GLEN GRAVES, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:09-cv-01502-AWI-SMS<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A COPY OF DOCUMENT 13 AND A FORM COMPLAINT<br><br>ORDER STRIKING AMENDED COMPLAINT, DENYING REQUEST FOR RELIEF, AND ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT WITHIN FORTY-FIVE DAYS OR THIS ACTION WILL BE DISMISSED<br><br>(Docs. 13 and 14) |

    Plaintiff Ronnie Lee Moody is a former prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 23, 2009, the Court dismissed Plaintiff's complaint for failure to state a claim, with leave to amend within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2)(B)(ii). The docket reflects that Plaintiff filed an amended complaint on October 29, 2009. However, upon review, the Court finds the document is a narrative which does not satisfy Federal Rule of Civil Procedure 8(a). Therefore, the Court shall strike it from the record and have the Clerk's Office provide Plaintiff with a form complaint and a copy of the Court's screening order. Plaintiff shall file an amended complaint using the form provided within forty-five days.

    On November 4, 2009, Plaintiff filed a request seeking to have the undersigned transfer his parole from Modesto to Marin County or San Francisco. The Court cannot order the relief sought

by Plaintiff. Until and unless Plaintiff files a complaint stating a claim for relief under federal law, the Court does not have jurisdiction to grant Plaintiff relief. <u>Steel Co. v. Citizens for a Better Env't</u>, 523 U.S. 83, 102-04, 118 S.Ct. 1003 (1998). Further, assuming Plaintiff will be able to amend his excessive force claim so that it states a claim under section 1983, the Court cannot intervene in his parole conditions because that form of relief is not sufficiently related to the underlying claim to confer the necessary jurisdiction to grant the relief sought. <u>Id.</u>

Accordingly, for the reasons set forth herein, it is HEREBY ORDERED that:

1. Plaintiff's amended complaint, filed October 29, 2009, is STRICKEN from the record for failure to comply with Rule 8(a);
2. Plaintiff's request for an ordering transferring his parole is DENIED for lack of jurisdiction;
3. The Clerk's Office shall send Plaintiff a complaint form and a copy of the screening order filed on September 23, 2009;
4. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file an amended complaint; and
5. If Plaintiff fails to file an amended complaint within forty-five days, this action will be dismissed, with prejudice, for failure to state a claim.

IT IS SO ORDERED.

**Dated:    February 9, 2010**            /s/ Sandra M. Snyder
                                 UNITED STATES MAGISTRATE JUDGE